**Order entered December 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00682-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-01240-2016

# ORDER

Before the Court is appellant's November 15, 2016 "Motion to Preserve All Records and Recordings in 05-16-00682-CV and in All Appeals from 296th District Court Case 296-01024-2014." We **DENY** the motion.

/s/     ELIZABETH LANG-MIERS
           JUSTICE
